JS-6

O

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WATSON LABORATORIES, INC., a Corporation, and<br><br>ALLEN Y. CHAO, an individual,<br><br>Defendants. | Case No.: 5:02-CV-00412-VAP-SGL<br><br>**ORDER GRANTING DISMISSAL OF ALLEN Y. CHAO** |

It is hereby ORDERED that the Defendant Allen Y. Chao be dismissed from this action and from the Consent Decree of Permanent Injunction entered by this Court on May 13, 2002.

Dated: July 9, 2008.

*Virginia A. Phillips*
_____
VIRGINIA A. PHILLIPS
United States District Judge